# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| GREGORY FELDHUSEN, <br><br> *Plaintiff* <br> v. <br> STANDARD INSURANCE COMPANY, a foreign corporation doing business in the State of Washington, <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 2:16-cv-00123-JLQ <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Complaint (ECF No. 1), and the claims therein, are dismissed with prejudice and without costs or attorney's fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Justin L. Quackenbush
pursuant to Plaintiff's Notice of Voluntary Dismissal (ECF No. 5).

Date: 6/8/2016

CLERK OF COURT

SEAN F. MCAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen